**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan Manuel CUEVAS–VILLELAS,**
**Defendant—Appellant.**

No. 03–30033.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 30, 2003.

Before: LEAVY, HAWKINS, and
RAWLINSON, Circuit Judges.

MEMORANDUM **

Juan Manuel Cuevas–Villelas appeals the 24–month sentence imposed following the revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion the district court's consideration of non-binding policy statements set forth in U.S.S.G. § 7B1.4, *United States v. Tadeo,* 222 F.3d 623, 625 (9th Cir.2000), and we affirm.

Cuevas–Villelas contends that the district court erred in failing to consider the policy statements contained in Chapter 7 of the Sentencing Guidelines and failing to explain why his sentence exceeded the suggested Guideline range. The district court did not abuse its discretion because it expressly considered Cuevas–Villelas' file, including a probation report discussing Chapter 7, and explained in detail why it was sentencing him outside the policy statement range. *See United States v. Garcia,* 323 F.3d 1161, 1165 (9th Cir.2003).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.